AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 20, 2023**

SEAN F. McAVOY, CLERK

CRISTOBAL VILLA-MARTINEZ

_____
*Plaintiff*                                  )
                                             )
v.                                           )
YAKIMA COUNTY JAIL ADMINISTRATION and        )
YAKIMA COUNTY JAIL MEDICAL DEPT.,            )
                                             )
_____
*Defendant*

Civil Action No.    1:23-cv-03133-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to the Order filed at ECF No. 6, this action is Dismissed without prejudice pursuant to LCivR 41(b)(2).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    MARY K. DIMKE _____ .

Date:  11/20/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Ruby Mendoza _____
*(By) Deputy Clerk*

Ruby Mendoza _____